IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 5:00cr21-SPM

VINCENT SMITH,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 253). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 253) is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence (doc. 245) is hereby *denied*.

**DONE AND ORDERED** this <u>tenth</u> day of December, 2007.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge