UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 5:00-CR-21-SPM

VINCENT L. SMITH,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's Motion to Reduce Sentence (doc. 261) pursuant to the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 262).

An application of the amendment results in no change to Defendant's guideline range because of the career offender enhancement, which sets Defendant's offense level at 37. Even after application of the crack cocaine amendments, Defendant's guideline range and mandatory minimum sentence remains life imprisonment as originally calculated. Defendant's initial imprisonment was guided by his Career Offender status and the statutory mandatory minimum, as opposed to the Sentencing Guidelines. As a result, Defendant's sentence is not affected by the crack cocaine amendment.

Accordingly, it is ORDERED AND ADJUDGED that the Motion to Reduce Sentence (doc. 261) is ***denied***.

DONE AND ORDERED this <u>twentieth</u> day of August, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge