IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:00-cr-21-MW/GRJ

VINCENT L. SMITH,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.303, filed May 12, 2014. Upon consideration, no objections having been timely filed by Defendant,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Defendant's Motion to Vacate Sentence Pursuant to Rule 60(b), ECF No. 298, is **DENIED**." The Clerk shall close the file.

SO ORDERED on June 9, 2014.

                                              s/Mark E. Walker              
                                              **United States District Judge**